UNITY SHEET METAL WORKS, INC., Appellant, *v.* GEORGIANNA KNAPPEN, as Executrix of THEODORE T. KNAPPEN, Deceased, et al., Respondents, et al., Defendants.

Argued May 20, 1952; decided June 6, 1952.

640

*Nelson Rosenbaum* for appellant.

*Sidney G. Kingsley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.